UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RAYMOND MAX SNYDER,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 3:26-CV-00721-MMD-CLB

**ORDER DENYING MOTION TO FILE ELECTRONICALLY**

[ECF No. 9]

Currently pending before the Court is Plaintiff Raymond Max Snyder's "LR IC-2(b) Motion to File Electronically." (ECF No. 9.) However, on October 14, 2026, this case was closed pursuant to Plaintiff's "notice of dismissal without prejudice." (ECF No. 8.) Therefore, no further filings are necessary in this case, and none should be received. For these reasons, Plaintiff's motion, (ECF No. 9), is **DENIED**.

**No further documents are to be filed in this closed case**. **The Clerk of Court is directed to return as unfiled any further documents received.**

**IT IS SO ORDERED.**

**DATED**: October 20, 2026

**UNITED STATES MAGISTRATE JUDGE**